## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| REATHA BELLAS, | Case No. 2:25-cv-00071-RFB-EJY |
| Plaintiff, | **ORDER** |
| v. | |
| ROBERT B. KAHN, *et al.*, | |
| Defendants. | |

Before the Court for consideration is the Report and Recommendation (ECF No. 5) of the Honorable Elayna J. Youchah, United States Magistrate Judge, entered on February 25, 2025. A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). A party may file specific written objections to the findings and recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Local Rule IB 3-2(a). When written objections have been filed, the district court is required to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); see also Local Rule IB 3-2(b). Where a party fails to object, however, a district court is not required to conduct "any review," *de novo* or otherwise, of the report and recommendations of a magistrate judge. Thomas v. Arn, 474 U.S. 140, 149 (1985). Pursuant to Local Rule IB 3-2(a), objections were due by March 11, 2025. No objections have been filed. The Court has reviewed the record in this case and concurs with the Magistrate Judge's recommendation in the Report and Recommendation.

///

///

1       **IT IS THEREFORE ORDERED** that the Report and Recommendation (ECF No. 5) is
2  **ACCEPTED** and **ADOPTED** in full.
3       **IT IS FURTHER ORDERED** that Plaintiff's claims under the Administrative Procedures
4  Act, 28 U.S.C. § 1331, § 1343, § 1367, § 2201, § 2202, and 42 U.S.C. § 1983 are **DISMISSED**
5  **with prejudice**.

7       **DATED:** January 5, 2026.

                                        **RICHARD F. BOULWARE, II**
                                        **UNITED STATES DISTRICT JUDGE**